United States District Court
Northern District of California

1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

SAN JOSE DIVISION

7

8  MARLEN MESUTOVICH IZZETOV, et al.,

Case No.  5:19-cv-03734-EJD

9            Plaintiffs,

**ORDER SUBMITTING MOTIONS WITHOUT ORAL ARGUMENT AND VACATING HEARING**

10        v.

11  TESLA INC.,

12            Defendant.

13       In accordance with General Order 72, the motion to dismiss (Dkt. No. 13) and motion to

14  strike (Dkt. No. 12) noticed for April 9, 2020 at 9:00 a.m. have been taken under submission

15  without oral argument pursuant to Civil Local Rule 7-1(b).  The April 9, 2020 hearing is

16  VACATED.

17

18       **IT IS SO ORDERED.**

19  Dated:  March 18, 2020

20

EDWARD J. DAVILA
United States District Judge

21

22

23

24

25

26

27  CASE NO.: 5:19-CV-03734-EJD
ORDER SUBMITTING MOTIONS WITHOUT ORAL ARGUMENT AND VACATING
28  HEARING

1